IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Kyle Harris,

        Plaintiff,

-vs-

MLB Consulting, LLC, Petroleum Experience, Inc., Frac Tech Services, Ltd., and Oasis Petroleum, Inc.,

        Defendants.

Case No. 1:15-cv-45

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends that the plaintiff's motion for remand be granted. No objections have been filed within the prescribed time period.

After reviewing the record and the magistrate judge's Report and Recommendation, the court finds the magistrate judge's analysis of the motion and recommendation for disposition is appropriate. Accordingly, the court hereby adopts the Report and Recommendation in its entirety. Plaintiff Kyle Harris' motion for remand is **GRANTED**. This case is remanded to Williams County District Court.

    **IT IS SO ORDERED.**

    Dated this 22nd day of February, 2016.

                                   */s/ Ralph R. Erickson*
                                   Ralph R. Erickson, Chief Judge
                                   United States District Court

---

[1] Doc. #41.